Submitted December 6, 1979. Thomas L. McGill, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.

428 A.2d 694

## Commonwealth v. Roberts, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

428 A.2d 694

## Commonwealth v. Smith, Appellant.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.